**Order entered March 2, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00032-CV

**PRIME UNITED PETROLEUM HOLDING COMPANY, LLC, Appellant**

**V.**

**MALAMEEL, LLC, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07898**

## ORDER

The reporter's record is overdue. On February 28, 2020, appellant filed written verification that it has paid the reporter's fee. Accordingly, we **ORDER** Gina Udall, Official Court Reporter for the 160th Judicial District Court, to file the reporter's record by **March 30, 2020**.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE